BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY CAESER HOLLAND, Individually; HENRY CAESER HOLLAND, Individually and doing business as RAINBOW BAY AREA ENTERPRISES; and RAINBOW BAY AREA ENTERPRISES,<br><br>Defendants. | No.   CV 08-4302 PJH (MEJ)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and Defendants, Henry Caeser Holland, Individually; Henry Caeser Holland, Individually and doing business as Rainbow Bay Area Enterprises; and Rainbow Bay Area Enterprises, hereby stipulate that the Settlement Conference currently set for March 31, 2009 be

continued to May 29, 2009 at 10:00 a.m. before Magistrate Judge Maria Elena James. The parties are currently in the process of attempting to resolve issues underlying this matter and would like additional time to do so.

Dated: March 13, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/Concepción E. Lozano-Batista
CONCEPCION LOZANO-BATISTA
Attorneys for Plaintiffs

Dated: March 13, 2009

By: [signature]
Henry Caeser Holland, Individually;
Henry Caeser Holland, Individually and doing business as Rainbow Bay Area Enterprises; and Rainbow Bay Area Enterprises.

119377/523972

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3/20/09

PARTIES WILL HAVE TO CLEAR DATE WITH JUDGE JAMES.

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 16, 2009, I served upon the following parties in this action:

HENRY CAESER HOLLAND,
Individually
2835 Beard Terrace
Fremont, CA   94555

HENRY CAESER HOLLAND,
Individually and doing business as
RAINBOW BAY AREA
ENTERPRISES
2835 Beard Terrace
Fremont, CA   94555

RAINBOW BAY AREA
ENTERPRISES
2835 Beard Terrace
Fremont, CA   94555

copies of the document(s) described as:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

[X]   **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on March 16, 2009.

_Karen Scott_
Karen Scott

119377/515247

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200

Proof of Service
Case No. CV-08-4302 PJH (MEJ)