**RAINBOW BAY AREA ENTERPRISES**

2835 Beard Terrace
Fremont, CA 94555
Tel (510) 791-0644
Fax (510) 791-0655
Cell (510) 366-0616

**FILED**

JUN 0 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

ATT: CLERK OFFICE

RE: REQUIRED INFORMATION:

NO.   CV 08-4302 PJH (MEJ):

I, THE DEFENDENT, HENRY C. HOLLAND DBA: RAINBOW BAY AREA ENTERPRISES HAS DECIDED TO REPRESENT MYSELF IN PRO PER, AND IS NO LONGER USING THE SERVICES OF ATTORNEY PAUL BRYANT AS MY REPRESENTATIVE.

ANY FUTURE DOCUMENTS OF INFORMATION SHOULD BE MAILED TO MY ADDRESS: 2835 BEARD TERRACE, FREMONT, CA  94555.

HENRY C. HOLLAND

5/30/09

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
06/11/09
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lic. # C61/063