UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiff(s),                    No. C 08-4302 PJH

  v.                               **ORDER TO SHOW CAUSE**

HENRY CAESER HOLLAND, et al.,

    Defendant(s).

_____/

    Defendants in the above-entitled matter having failed to appear at the case management conference on November 5, 2009, and plaintiffs having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed or the default of defendants entered for failing to comply with the orders of the Court or to defend this action.

    The hearing on the order to show cause will be held on December 10, 2009, at 2:00 p.m. in Courtroom 3, Oakland Courthouse. If defendants fail to appear, sanctions will be imposed and/or their default will be entered.

    **IT IS SO ORDERED.**

Dated: November 6, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge